# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION

| | | |
|---|---|---|
| **JAY CONNOR, on behalf of himself and others similarly situated** | ) ) ) | |
| *Plaintiff* | ) ) | Civil Action No. 4:23-cv-00358-RSB-CLR |
| v. | ) ) | |
| **OPTIM HEARING LLC** | ) ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Michael Evans, being duly sworn, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents to Optim Hearing LLC in Chatham County, GA on January 5, 2024 at 2:35 pm at 401 Mall Boulevard, 202F, Savannah, GA 31406 by leaving the following documents with Ellis Waters who as Registered Agent is authorized by appointment or by law to receive service of process for Optim Hearing LLC.

Summons, and Complaint

White Male, est. age 35-44, glasses: N, Brown hair, 180 lbs to 200 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=32.0022518321,-81.1119283254
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Liberty County                              ,

____GA____  on  ___1/6/2024_____ .

/s/ *Michael Evans*

Signature
Michael Evans
+1 (912) 403-9895

