# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT of GEORGIA

### John E. Triplett Clerk of Court

| Augusta | Brunswick | Savannah |
|---------|-----------|----------|
| (912)-650-4020 | (912)-650-4020 | (912)-650-4020 |
| P.O. Box 1130 | P.O. Box 1636 | P.O. Box 8286 |
| Augusta, Georgia 30903 | Brunswick, Georgia 31521 | Savannah, Georgia 31412 |

### NOTICE of FILING DEFICIENCY

To:   Eleanor Keith Emanuel, Esquire          Date: 4/12/2024

Case: 4:23-cv-358                                         Party: Defendant - Optim Hearing LLC

Your pleading,  #29 - Motion to Dismiss _____ ,

was filed on  04/11/24 _____ , but remains deficient in the area(s) checked below:

[ ☒ ] No actions required (Informative Only)        or        [ ☐ ] Corrective Actions Required

☐   1.   Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)

☐   2.   Pleading is illegible or otherwise not in compliance with Local Rule 10.1.

☐   3.   Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)

☐   4.   Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)

☐   5.   Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.

☐   6.   Motion is not in compliance with Local Rules.

    ☐   a.   No memorandum of law citing supporting authorities was submitted (L.R. 7.1)

    ☐   b.   No good faith document was submitted. (L.R. 26.5)

    ☐   c.   Separate proposed order was not attached to e-filed document. (L.R. 7.1)

    ☐   d.   Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)

☐   7.   For Judge Baker or Wood cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.

☐   8.   Counsel should file a separate motion for each relief sought and not file a consolidated motion.

☒   9.   Other:

Pleading e-filed by Eleanor Keith Emanuel and signed by Brittany A. Andres. The signing attorney must be the filing attorney.  Please do not refile; this is for informational purposes only.

     If action is required, after 14 days of noncompliance a notice will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact:  s/ Claudette Robinson _____

Deputy Clerk